IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAMONA HOSKINS, ) | |
| ) | Case No. 13 CV 7292 |
| Plaintiff, ) | |
| ) | Judge Shah |
| v. ) | |
| ) | Magistrate Judge Mason |
| Police Officer SHAWN POPOW, ) | |
| Individually; and CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

David Lipschultz
Attorney for Plaintiff, Shamona Hoskins
Goldberg Weisman Cairo
One East Wacker Drive, 38th Floor
Chicago, Illinois 60601
(312) 464-1200
Attorney No. 6277910
DATE: 1-28-16

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago

BY:
Liza M. Franklin, Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
DATE: 2/24/16

Jessica L. Griff, Assistant Corporation Counsel
Attorney for Defendant, Shawn Popow
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-2826
Attorney No. 6309134
DATE: 2/24/2016